United States
District Court

Section 1983

Plaintiff
KAleb. E. Stoner

V.S.

Defendants
Sgt. Mitchell
Officer Newman
officer Hardy
nurse Sheila

Cruel & unusal Punishment
42. U.J.C
Civil Action

2:23-cv-00236-JPH-MKK

**FILED**

05/15/2023

**U.S. DISTRICT COURT**
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

Pursuant To IC 35-34-1-2-4- I affirm, under penalty for Perjury as specified by IC35-44-1-2-1 that the Foregoing representation are true to the best of my Knowledge

that on May 3 2023 at approtiametly 8:50pm 18:00 I KAleb. E. Stoner was watching t.V in the day room of N-Pod when Sgt. Mitchel Stated to me In a very rude and un Proffessional manner to get your oranges on when i got to the Door I asked y R u calling me out i Kept asking y R u taken me out. She Said medical Request i told Her i Refused to Go due to me not signing up for medical Request. then She Stated very rudely stop talking then pulled me Into the hall way out the view of the Camera and Started Harrassing me. asking How i got that black Eye asked me Do i have a Problem with anyone. i told Her no i fell getting out the Shower She Said i was lieing then Force me 2 go medical after i Declined 2 go. they forced me under my will and Violated my Rights under the 8th amendment the nurse Sheila

took Pictures after i told Her no i dont want my
Pictures of me taken after i stated several times its
my right to Refuse medical She took Pictures with out my
consent. then Sgt. mitchel Let me In the Hallway
with officer Hardy who Harrassed me For 15 minutes
then officer newman rushed me used unnessary Force
by Purposely tighten Handcuffs So Hard and tight they
left bruises. Sgt. mitchel Pulled Her tazer Gun officer
newman rushed me Pushed me into the wall of T-Pud
windows then mitchel tighten the cuffs on me again
for no reason after i had the cuffs already on me the
First time. these officers assaulted me took my
Prescription glasses Placed me in Pabbit cell threat me
threat to break my wrist. this is Pure cruel and
unusual Punishment and violates 8th amendment. they
took me too bookings Repeatly continue to Push me
tight the cuffs more and more this time i knew i was
being assaulted and Fear For my safety. I was Placed In
cell no water or shower or my glasses For two days
as of 5-9-23 im in Segeration For no Reason.

Signature: Kaleb E Stoner

Iam asking the court to grant me a
Hearing and order Damages of $60,000          Name  Kaleb E Stoner
For pain and Suffer And violation of          Date  05/10/2023
State law to Keep me out of Harm by officers
or inmates. Im asking the court to rule me Indigent
and File this case And Serve Each Defendant a copy