UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| KALEB E. STONER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 2:23-cv-00236-JPH-MKK |
| | ) |
| MITCHELL Sgt., | ) |
| NEWMAN Officer, | ) |
| HARDY Officer, | ) |
| SHEILA Nurse, | ) |
| | ) |
| Defendants. | ) |

## FINAL JUDGMENT

The Court now enters final judgment. The plaintiff's claims are **dismissed without prejudice**.

Date: 9/14/2023

*James Patrick Hanlon*
James Patrick Hanlon
United States District Judge
Southern District of Indiana

Roger A.G. Sharpe, Clerk

BY: _____*Pam Pope*_____
Deputy Clerk, U.S. District Court

Distribution:

KALEB E. STONER
VIGO COUNTY JAIL
VIGO COUNTY JAIL
600 W. Honey Creek Dr.
Terre Haute, IN 47802